# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arnold Lorenzo Paige,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:06cv335

Alan Cloninger, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/06 Order.

August 10, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk